# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-cv-00049-KJM-AC |
|---|---|
| Plaintiffs, | |
| v. | ORDER |
| GEORGE PICETTI, III, | |
| Defendants. | |

Under Local Rule 302, the court REFERS the United States of America's petition to enforce civil investigative demand to the assigned magistrate judge to make findings and recommendations. The initial scheduling conference set for May 23, 2019 is VACATED to be reset as appropriate.

IT IS SO ORDERED.

DATED: March 13, 2019.

_____
UNITED STATES DISTRICT JUDGE

1